USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/20

**OF DARRYN G. SOLOTOFF**
ATTORNEYS AT LAW

100 Quentin Roosevelt Boulevard
Suite 208
Garden City, New York 11530
T 516-695-0052
F 516-706-4692

April 17, 2020

**VIA ECF**
Hon. Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The Initial Pretrial Conference in this matter is hereby adjourned to June 12, 2020 at 3:45 P.M.
>
> If Defendant has not responded within thirty days, Plaintiff is ordered to move for default judgment pursuant to the Undersigned's Individual Practices in Civil Cases.

Re: **Matzura v. Rebecca Minkoff, LLC**
   **Case No.: 1:19-cv-11349-AJN**

Dear Judge Nathan:

This firm is counsel to Plaintiff Steven Matzura ("Plaintiff") in the above-referenced matter. Plaintiff writes in reference to Your Honor's Individual Rules of Practice 1(D) governing adjournment of initial pretrial conferences. On December 20, 2019, Your Honor issued an Order (Dk# 5) directing in part for the parties to submit a proposed case management plan and joint status letter by April 24, 2020, in advance of the Initial Conference, scheduled for May 1, 2020. Defendants have failed to appear. On January 22, 2020 (Dk#6), Plaintiff filed the Affidavit of Service, noting service was perfected on January 16, 2020 on the Secretary of State. Defendants requirement to submit a responsive pleading was due no later than February 6, 2020.

Plaintiff respectfully requests an adjournment of the Initial Pretrial Conference. This is Plaintiff's first request for an adjournment. Plaintiffs' counsel intends to send via priority mail, the docket and a copy of the Complaint informing defendant of the potential for default. Plaintiff requests an adjournment to the following dates in order to determine whether defendant intends to respond: the afternoons of June 5, 2020, June 12, 2020 or June 19, 2020, or a date convenient to the Court. If defendant has not responded within thirty (30) days, plaintiff will submit a request for a certificate of default.

Thank you for your kind consideration of this request.

Respectfully submitted,

/s/ Darryn G. Solotoff, Esq

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
4/22/20