```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Steven Matzura,

                Plaintiff,

–v–

Rebecca Minkoff, LLC,

                Defendant.

19-cv-11349 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Because Defendant has not yet appeared in this action, the Initial Pretrial Conference is hereby adjourned to July 17, 2020 at 3:45 P.M. If Defendant has still not appeared by that date, Plaintiff is directed to move for default judgment no later than August 3, 2020 in accordance with the Undersigned's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: June 10, 2020
       New York, New York

                                    _____
                                        ALISON J. NATHAN
                                        United States District Judge